Filed 9/1/21  P. v. Cowan CA3

NOT TO BE PUBLISHED

California Rules of Court, rule 8.1115(a), prohibits courts and parties from citing or relying on opinions not certified for publication or ordered published, except as specified by rule 8.1115(b).  This opinion has not been certified for publication or ordered published for purposes of rule 8.1115.

IN THE COURT OF APPEAL OF THE STATE OF CALIFORNIA

THIRD APPELLATE DISTRICT

(Placer)

----

| | |
|---|---|
| THE PEOPLE, | |
| Plaintiff and Respondent, | C093063 |
| v. | (Super. Ct. No. 62168268) |
| BILL GENE COWAN, | |
| Defendant and Appellant. | |

Appointed counsel for defendant Bill Gene Cowan asked this court to review the record and determine whether there are any arguable issues on appeal.  (*People v. Wende* (1979) 25 Cal.3d 436.)  Finding no arguable error that would result in a disposition more favorable to defendant, we will affirm the judgment.

1

## I

In January 2019, defendant wrote a check to High Sierra Divers for $781.56, knowing he did not have sufficient funds to cover the check. He wrote a second check for $800 at the same location, again knowing he did not have the funds to cover the check; that check was not accepted.

The People subsequently charged defendant with two counts of writing checks with insufficient funds with the intent to defraud his victim and alleged he was previously convicted on three or more forgery charges. The People further alleged defendant was previously convicted of a strike offense and served a prior term in prison.

Defendant pleaded no contest to one count of writing checks with insufficient funds with the intent to defraud, admitted the prior strike allegation, and admitted being previously convicted of three forgery charges. Defendant and the People agreed defendant would serve a stipulated, aggregate term of four years in state prison. The remaining charges and allegations were dismissed, along with cases pending against defendant in Sacramento County Superior Court, with a *Harvey* waiver. (*People v. Harvey* (1979) 25 Cal.3d 754.)

The trial court sentenced defendant to the stipulated term of four years, awarded him 49 days of custody credits, and ordered him to pay various fines and fees. The trial court also ordered defendant to pay victim restitution directly to High Sierra Divers.

Defendant obtained a certificate of probable cause.

## II

Appointed counsel filed an opening brief setting forth the facts of the case and asking this court to review the record and determine whether there are any arguable issues on appeal. (*People v. Wende, supra*, 25 Cal.3d 436.) Defendant was advised by counsel of the right to file a supplemental brief within 30 days of the date of filing the opening brief. More than 30 days elapsed and we received no communication from defendant.

Having undertaken an examination of the entire record, we find no arguable error that would result in a disposition more favorable to defendant.

DISPOSITION

The judgment is affirmed.

/S/
MAURO, J.

We concur:

/S/
ROBIE, Acting P. J.

/S/
DUARTE, J.